**FINCH v. BARNES**

[330 N.C. 192 (1991)]

KEITH G. FINCH v. J. J. BARNES, JR.

No. 251A91

(Filed 7 November 1991)

APPEAL as of right by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 102 N.C. App. 733, 403 S.E.2d 552 (1991) (Greene, J., dissenting), reversing a judgment in favor of the defendant entered by *Brewer, J.,* at the 13 February 1990 Civil Session of Superior Court, HARNETT County. Heard in the Supreme Court 17 October 1991.

*Bryan, Jones, Johnson & Snow, by James J. Johnson, for plaintiff appellant.*

*Barfield and Jenkins, P.A., by K. Douglas Barfield, for defendant appellee.*

PER CURIAM.

The decision of the Court of Appeals is reversed for the reasons stated in the dissenting opinion by Greene, J. The cause is remanded to the Court of Appeals for further remand to the Superior Court, Harnett County, for reinstatement of the judgment for plaintiff.

Reversed and remanded.